# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PULTE HOMES OF NJ, LIMITED PARTNERSHIP,<br><br>       Plaintiff,<br><br>   v.<br><br>ERIE INSURANCE EXCHANGE, PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY,<br><br>       Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>**Case No. 2:25-cv-18116-EP-SDA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pulte Homes of NJ, Limited Partnership ("Pulte") and Defendants Pennsylvania National Mutual Casualty Insurance Company and Evanston Insurance Company hereby stipulate to the dismissal of all claims between them in this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Pulte also hereby dismisses its claims against Erie Insurance Exchange in this action without prejudice. Each Party shall bear its own costs and attorneys' fees.

Dated:  February 11, 2026

Respectfully submitted:

/s/ Matthew D. Stockwell

Matthew D. Stockwell
PILLSBURY WINTHROP SHAW
PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Phone: 212.858.1075
Fax: 212.858.1500
matthew.stockwell@pillsburylaw.com

Eric M. Gold (*pro hac vice*)
Lauren N. Smith (*pro hac vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Phone: 202.663.8336
eric.gold@pillsburylaw.com
lauren.smith@pillsburylaw.com

*Attorneys for Plaintiff Pulte Homes of*
*NJ, Limited Partnership*

/s/ April T. Villaverde

April T. Villaverde, Esq. (028612006)
Maida Chinosi, Esq. (019332004)
HINSHAW & CULBERTSON LLP
111 Wood Avenue S., Suite 210,
Iselin, New Jersey 08830
Phone: (908) 374-0343
Fax: (908) 374-0345
mchinosi@hinshawlaw.com
avillaverde@hinshawlaw.com

*Attorneys for Defendant Evanston*
*Insurance Company*

/s/ Kevin E. Wolff

Kevin E. Wolff, Esq. (023881981)
KINNEY LISOVICZ REILLY &
WOLFF PC
299 Cherry Hill Road, Suite 300
P.O. Box 912
Parsippany, NJ 07054
Phone: (973) 957-2550
kevin.wolff@klrw.law

*Attorneys for Defendant*
*Pennsylvania National Mutual*
*Casualty Insurance Company*

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 2/13/2026

2